ACCEPTED
01-15-00670-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 2:24:29 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00670-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 2:24:29 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

## The Estate of Donald H. Williams, Deceased

On Appeal from the Probate Court No. 3
Harris County, Texas

Tr. Ct. No. 427,929

### MOTION FOR EXTENSION OF TIME TO
### FILE APPELLANT'S BRIEF

TO THE FIRST COURT OF APPEALS:

Appellant, Tracy L. Dampier, files this motion for extension of time to file Cross Appellees' Brief under Rules 10.1, 10.5(b), and 38.6(d) of the Texas Rule of Appellate Procedure, and requests the Court to extend the deadline for filing the appellants' brief from September 14, 2015 until November 30, 2015. In support of this motion appellant shows:

I.

This is an appeal from final summary judgment in an heirship proceeding. The order appealed from was signed on May 7, 2015. A motion for new trial was filed. The notice of appeal was filed on July 30, 2015. The

1

clerk's record was filed on August 14, 2015. This is a summary judgment proceeding and therefore there is no reporter's record. Appellant's brief was due on September 14, 2015.

## II.

This is appellant's first request for an extension of time to file Appellant's Brief.

## III.

The undersigned Timothy Hootman has been involved in the following matters that have interfered with completion of the brief:

- No. 01-15-00344-CV; *Jackson v. Jefferson*; First Court of Appeals, Houston – Appellant's Brief filed August 29, 2015.

- No. 04-15-00152-CV; *Barrera v. HEB Grocery Company, LP*; Fourth Court of Appeals, San Antonio – Appellant's Brief filed September 8, 2015.

- No. 15-50618; *Med RX/Systems, P.L.L.C. v. Texas Department of State Services*; United States Court of Appeals for the Fifth Circuit, New Orleans – Appellant's Brief filed September 18, 2015.

- No. 24681; *KB Structures v. Jannise*; 253th Judicial District, Chambers County, Texas – jury trial from September 21 thru 23, 2015.

- No. PD-1292-15; *Alvarado v. State*; Texas Court of Criminal Appeals, Austin – Petition for Discretionary Review filed on September 30, 2015.

- No. 10-14-00244-CV; *Caldwell v. Wright*; Tenth Court of Appeals, Waco – Appellee's Brief filed October 7, 2015.

- No. 01-15-00715-CV; *In re CVR Energy, Inc.*; First Court of Appeals, Houston – court ordered response to petition for writ of mandamus filed October 9, 2015.

- No. 14-15-00004-CV; *Miller v. Debo Homes, LLC*; Fourteenth Court of Appeals, Houston – Cross Appellee's Brief filed on October 15, 2015.

- No. 01-15-00345-CV; *City of Pearland v. Contreras*; First Court of Appeals, Houston – oral arguments set for October 27, 2015.

- No. 14-15-00283-CV; *City of Anahuac v. Morris*; Fourteenth Court of Appeals, Houston – oral arguments set for November 3, 2015.

WHEREFORE, appellant, Tracy L. Dampier, pray that this motion be granted and that the Court extend the time to file Appellant's Brief from to September 14, 2015 until November 30, 2015.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548; 713.583.9523 (f)
Email: thootman2000@yahoo.com

ATTORNEY FOR APPELLANT, TRACY L. DAMPIER

3

# CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by electronic service:

Kathleen H. Boll
Charlie Henke
HENKE LAW FIRM, LLP
3200 Southwest Frwy, 34th Fl.
Houston, TX 77027
kboll@henkelawfirm.com

Dated: October 22, 2015.

/s/Timothy A. Hootman_____
Timothy A. Hootman

# CERTIFICATE OF CONFERENCE

The undersigned has attempted to communicate with opposing counsel regarding this motion by telephone and email. Opposing counsel was unavailable and has not yet responded. When a response is forthcoming a supplement certificate of conference will be filed.

/s/ Timothy A. Hootman
Timothy A. Hootman